# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSHUA GRUNWALD,

          Petitioner,

   v.

PATRICK COVELLO, Warden,

          Respondent.

Case No. 8:19-cv-02043-DSF-AFM

**JUDGMENT**

This matter came before the Court on the Petition of JOSHUA GRUNWALD, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: January 13, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE